FILED
2022 MAR 31 AM 10:31
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN C. HEATH, ATTORNEY AT LAW, PC, d/b/a LEXINGTON LAW FIRM and CREDITREPAIR.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CATLIN SPECIALTY INSURANCE COMPANY and INDIAN HARBOR INSURANCE COMPANY, <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:21-cv-00301-JNP-JCB <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Before the court is a stipulation and order for dismissal with prejudice (ECF No. 41). Pursuant to Rule 41 of the Federal Rules of Civil Procedure and finding good cause, the court DISMISSES WITH PREJUDICE all claims and causes of action by plaintiffs John C. Heath, Attorney at Law, PC and Creditrepair.com, Inc. and all counterclaims and causes of action by defendants Catlin Specialty Insurance Company and Indian Harbor Insurance Company, based on the parties' agreement. Each party shall each bear their own attorney fees and costs.

DATED March 31, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge